JOHN R. COSTANZA et al., Respondents, v. HARRY SCHNEIDER, Appellant, et al., Defendant.— Appeal taken from the order of December 15, 1958 dismissed as academic, without costs, in view of the decision of this court in *Matter of Costanza* v. *Schneider* ( 8 A D 2d 591). Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

JOHN KELLY, as President of Milk Drivers and Dairy Employees, Local 584, Affiliated with the International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, AFL–CIO, Respondent, v. NEW YORK HERALD TRIBUNE, INC., et al., Appellants.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bergan, JJ. [11 Misc 2d 752.]

M. LOWENSTEIN & SONS, INC., et al., Respondents, v. ROSELLE MANUFACTURING COMPANY, INC., Defendant, and M. G. M. FACTORS CORP., Appellant. — Final judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bergan, JJ. [9 Misc 2d 617.]

RENE BOAS, Doing Business under the Name of RENE BOAS & ASSOCIATES, v. MACHINERY BUILDERS, INCORPORATED.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before April 28, 1959, with notice of argument for the June 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

DIXON REALTY CO., INC., v. COMMERCIAL AFFILIATES, INC., et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 11, 1959, with notice of argument for the September 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. NORBERTO DIAZ.— Motion to dismiss appeal granted unless the appellant procures the original record on appeal and typewritten or mimeographed appellant's points to be served and filed on or before August 11, 1959, with notice of argument for the September 1959 Term of this court, said appeal to be argued or submitted when reached. The printing of the record on appeal and appellant's points is dispensed with and the appeal is permitted to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of Bronx County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.